BOWMAN AND BROOKE LLP
Paul G. Cereghini (SBN 148016)
Ryan L. Nilsen (SBN 310642)
Ian G. Schuler (SBN 275052)
750 B Street, Suite 1740
San Diego, CA 92101
Tel: (619) 376-2500
Fax: (619) 376-2501
ryan.nilsen@bowmanandbrooke.com
ian.schuler@bowmanandbrooke.com

Attorneys for Defendant,
POLARIS INDUSTRIES INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CAUBLE, an individual, and LAURIE CAUBLE, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES, INC., a Minnesota Corporation, and Does 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. '17CV0658 W   BLM<br><br>**(Removed from San Diego Superior Court Case No. 37-2017-00002627-CU-PL-CTL)**<br><br>**DEFENDANT POLARIS INDUSTRIES INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)(Diversity); DEMAND FOR JURY TRIAL**<br><br>Judge:<br>Magistrate Judge: |

**TO THE CLERK OF THIS COURT:**

**PLEASE TAKE NOTICE** that defendant Polaris Industries Inc. ("Polaris") removes this action from the Superior Court of the State of California, County of San Diego to the United States District Court for the Southern District of California under 28 U.S.C. § 1441(b) based upon diversity jurisdiction under 28 U.S.C. § 1332. The basis for removal is as follows:

1.　On January 20, 2017, Plaintiffs Frank Cauble and Laurie Cauble commenced an action in the Superior Court of the State of California, County of San Diego, titled *Frank Cauble and Laurie Cauble v. Polaris Industries Inc.*, Case No. 37-2017-00002627-CU-PL-CTL ("State Court Action"). (See Declaration of Ryan L. Nilsen, Esq. ("Nilsen

Decl."), at ¶ 2; see Ex. A, Pl.'s Compl.)

2. Polaris was served with the Complaint in the State Court Action on March 22, 2017.

3. This is a civil product liability action over which this Court has original jurisdiction under U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Polaris, as the only defendant, may remove this action under 28 U.S.C. § 1441(b) because it is not a citizen of the State of California.

4. The Superior Court of the State of California for the County of San Diego is located in the Southern District of California. Therefore, venue is proper under 28 U.S.C. § 84 because this is the "district and division within which such action is pending . . .." *See* 28 U.S.C. § 1446(a).

5. No previous application has been made for the relief requested herein. (Nilsen Decl., at ¶ 4.)

6. Under 28 U.S.C. § 1446(d), a copy of this Notice of removal is being served upon counsel for Plaintiffs, and a notice is being filed with the clerk of the Superior Court of the State of California for the County of San Diego.

7. Following the filing of this Notice with this Court, written notice of such filing will immediately be given to all attorneys of record.

**This Court Has Original Jurisdiction Under 28 U.S.C. §§ 1332 AND 1441**

**(Diversity of Citizenship)**

8. **There is a complete diversity of citizenship.** The basic requirement in diversity cases is that all plaintiffs must be of different citizenship than all defendants. Any instance of common citizenship prevents federal diversity jurisdiction. For diversity purposes, a natural person is a "citizen" of the state which he or she is domiciled. *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983). A natural person's domicile is the place he or she resides with the intention to remain or to which he or she intends to return. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857

1  (9th Cir. 2001). A corporation, on the other hand, is deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

9. For removal purposes, diversity must exist both at the time the action was commenced in state court and at the time of removal. *Strotek Corporation v. Air Transport Association of America*, 300 F.3d 1129, 1131 (9th Cir. 2002). A case is removable on diversity grounds if diversity of citizenship can be ascertained from the face of plaintiff's Complaint or this fact is disclosed in pleadings, motions or papers "from which it may first be ascertained that the case is one which is or has become removable . . .." 28 U.S.C. § 1446(b)(3).

10. Polaris is informed and believes based on allegations in the State Court Action Complaint that Plaintiffs are, and were at all relevant times, residents of San Diego County, California, State of California, and therefore citizens of the State of California for diversity purposes. (Nilsen Decl., at ¶¶ 2, 5; Ex. A, at 1:23-25.)

11. Polaris was at the time the action was commenced, and still is at the time of removal, a Minnesota corporation, with its principal place of business at 2100 Highway 55, Medina, Minnesota 55340. (Nilsen Decl., at ¶ 6.)

12. Thus, complete diversity exists as of the time the action was commenced in state court and at the time of removal, and there are no other named defendants that can defeat diversity, and "Doe" defendants may be ignored for removal purposes. 28 U.S.C. § 1441 (b)(1).

13. **The amount in controversy requirement is satisfied**. The amount-in-controversy exceeds $75,000.00, exclusive of interest and costs.

14. Plaintiffs' Complaint alleges damages in an unspecified amount, and seeks damages for: (1) general damages; (2) medical and related incidental expenses, past, present, and future; (3) loss and impairment of earnings and earning capacity, past, present, and future; (4) punitive or exemplary damages for all causes of action; (5) loss of consortium; (6) for the costs of suit; and (7) for other relief the Court deems appropriate.

(Nilsen Decl., at ¶ 2; Ex. A, at 6:22-26, 7:2-10.)

15. Polaris is informed and believes that, based on the facially apparent allegations and claims for damages contained in Plaintiffs' Complaint, that damages for Plaintiffs' claims exceed $75,000, exclusive of interest and costs. Those allegations include that on January 23, 2015, Plaintiff Frank Cauble allegedly sustained crush injuries to his left arm and upper extremities when he rolled his 2014 Polaris RZR 1000. Plaintiffs allege Mr. Cauble was airlifted to Desert Regional Medical Center where he spent 19-days undergoing various surgeries. Plaintiffs claim that Mr. Cauble suffered a significant loss and will allegedly be affected for the rest of his life by the accident. Further, his wife, Plaintiff Laurie Cable, seeks an unspecified amount of damages for loss of consortium, including loss of love, companionship, support, services, comfort, care, assistance, affection, and society.

16. Based on the foregoing, Polaris asserts that there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs. Therefore, removal is proper under 28 U.S.C. § 1441(b) based upon diversity jurisdiction under 28 U.S.C. § 1332.

17. Wherefore Defendant Polaris Industries Inc. requests that this action be removed to the United States District Court for the Southern District of California, San Diego, California.

Dated: March 30, 2017                    BOWMAN AND BROOKE LLP


BY:   /s/ *Ryan L. Nilsen*
      Paul G. Cereghini
      Ryan L. Nilsen
      Ian G. Schuler
      Attorneys for Defendant, POLARIS INDUSTRIES INC.

## **DEMAND FOR JURY TRIAL**

Defendant Polaris Industries Inc. hereby demands a trial by jury.

Dated: March 30, 2017			BOWMAN AND BROOKE LLP


			BY:   /s/ *Ryan L. Nilsen*
				Paul G. Cereghini
				Ryan L. Nilsen
				Ian G. Schuler
				Attorneys for Defendant, POLARIS INDUSTRIES INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2017, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF System, in accordance with the electronic filing procedures of this Court. I further certify that on March 30, 2017, I served the following party at the last known address(es) in this action by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

Brett J. Schreiber, Esq.
Neal A. Markowitz, Esq.
THORSNES BARTOLOTTA McGUIRE LLP
2550 Fifth Avenue, 11 th Floor
San Diego, California 92103
Tel: (619) 236-9363/Fax: (619) 236-9653
schreiber@tbmlawyers.com
markowitz@tbmlawyers.com

Attorneys for Plaintiffs FRANK AND LAURIE CAUBLE

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 30, 2017, at San Diego, California.

                                         /s/ *Ryan L. Nilsen*
                                         Ryan L. Nilsen